JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAD JOHNSON & CO., LLC a/k/a MEAD JOHNSON NUTRITION f/k/a BRISTOL-MYERS SQUIBB d/b/a MEAD JOHNSON NUTRITIONALS,<br><br>Plaintiff,<br><br>vs.<br><br>INFANT & NUTRITIONAL PRODUCTS, INC. a/k/a INFANT & NUTRITIONAL PRODUCTS OF CA., INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:12-cv-10817-MWF (JCGx)<br><br>**JUDGMENT** |

Defendant INFANT & NUTRITIONAL PRODUCTS, INC. a/k/a INFANT & NUTRITIONAL PRODUCTS OF CA., INC. ("I&N Products") having been served with a copy of the Summons and Complaint in this action, the time having passed for I&N Products to answer, the default of I&N Products having been duly entered, and for good cause appearing from the Request for Default Judgment against Defendant filed by Plaintiff MEAD JOHNSON & CO., LLC a/k/a MEAD JOHNSON NUTRITION f/k/a BRISTOL-MYERS SQUIBB d/b/a MEAD JOHNSON

NUTRITIONALS ("Mead Johnson" and the "Motion"), and the evidence submitted in support of the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Court enters Judgment in favor of Mead Johnson and against I&N Products as follows:

| | |
|---|---|
| Principal Sum | $129,804.46 |
| Prejudgment Interest | $8,925.84 |
| Costs | $643.56 |
| Attorneys' Fees | $6,374.61 (pursuant to Local Rule 55-3) |
| **Total** | **$145,748.47** |

Mead Johnson also shall be entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

DATED: April 29, 2013

_____
MICHAEL W. FITZGERALD
United States District Court Judge